IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MITCHELL MARINE d/b/a | § | |
| SEA TOW SOUTH MISSISSIPPI | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:06CV1250-LG-JMR |
| | § | |
| HIN NO. GBX1342E202, ET AL. | § | DEFENDANTS |

**ORDER GRANTING PLAINTIFF'S**
**MOTION TO DISMISS CERTAIN DEFENDANTS**

This cause comes before the Court on the Plaintiff's Motion to Dismiss [12] the Defendants, David Stapp and Stacey Stapp, *in personam*, and Vessel HIN number GBX1342E202, *in rem*. In support of its Motion, the Plaintiff asserts that it has settled all claims against these Defendants. After due consideration of the record, the pleadings on file, and upon learning of the settlement as to these certain defendants, the Court finds that the Motion to Dismiss is well taken, and should therefore be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff's Motion to Dismiss [12] its claims against David Stapp and Stacey Stapp, *in personam*, and Vessel HIN number GBX1342E202, *in rem*, should be and is hereby GRANTED. The Plaintiff's claims against David Stapp and Stacey Stapp, *in personam*, and Vessel HIN number GBX1342E202, *in rem*, are hereby DISMISSED with prejudice.

**SO ORDERED AND ADJUDGED** this the 9th day of May, 2007.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE