IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
       JUN - 5 2007
    J.T. NOBLIN, CLERK
BY_____DEPUTY
```

MITCHELL MARINE d/b/a
SEA TOW SOUTH MISSISSIPPI                                         PLAINTIFF

VERSUS                                  CIVIL ACTION # 1:06-CV-01250-LG-JMR

HIN NO. GBX1342E202, ET AL.                                       DEFENDANT

## JUDGMENT BY DEFAULT

THIS CAUSE came on for hearing before the Court on the Motion of Plaintiff, Mitchell Marine d/b/a Sea Tow South Mississippi, for a Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, against the Defendants, Miles (first name unknown) and Vessel No. BLIE360JA888. The Court received documentary evidence supporting Plaintiff's damages. The Defendants, having been duly served with a Complaint and not being an infant or unrepresented incompetent person, and having failed to plead or otherwise defend, and default having been duly entered against Miles (first name unknown) and Vessel No. BLIE360JA888; it is therefore,

ORDERED and ADJUDGED that the Plaintiff, Mitchell Marine d/b/a Sea Tow South Mississippi, shall have and recover from Defendants, Miles (first name unknown), *in personam,* and Vessel No. BLIE360JA888, *in rem,* jointly and severally, damages in the sum of Four Thousand Sixty and no/100 Dollars ($4,760.00), plus additional storage fees at One Hundred Seventy Dollars ($170.00) per month, accruing after April 30, 2007 and until the vessel is removed from storage, all together with legal interest equal to eight per centum (8%) per annum continuing to accrue post judgment, until paid, plus attorneys' fees in the amount of Nine Hundred Sixty Nine and 50/100 Dollars ($969.50) and costs in the amount of One Hundred Seventy Two and 22/100 Dollars ($172.22); for all of which let execution issue.

IT IS FURTHER ORDERED AND ADJUDGED, that Plaintiff, Mitchell Marine d/b/a Sea Tow South Mississippi, is hereby awarded title to Vessel No. BLIE360JA888 for the purpose of selling the vessel with proceeds from the sale going toward payment of the amount due Plaintiff, as of the date of the sale.

**SO ORDERED AND ADJUDGED** this the 5th day of June, 2007.

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

Prepared by:
P. Ann Bailey (MSB # 100744)
BALCH & BINGHAM LLP
1310 Twenty-Fifth Avenue
Gulfport, MS 39501
(228) 864-9900
(228) 864-8221 (fax)